IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01394-ZLW

WILLIAM GARCIA,

Applicant,

v.

JOE ORTIZ, Executive Director DOC,
LARRY REID, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2006

GREGORY C. LANGHAM
CLERK

ORDER DENYING MOTION TO RECONSIDER

Applicant William Garcia has filed a ***pro se*** "Motion to Reconsider Order of Dismissal/Petition for Re-hearing and Motion to Correct the record and leave to refile upon Exhaustion of available state court remedies." In the Motion, Mr. Garcia asks that the Court supplement his pleadings. Applicant also requests either that he be allowed to proceed in the instant action on only his exhausted claims or that the Court dismiss the action for failure to exhaust state court remedies in all claims.

The Court must construe the Motion to Reconsider liberally because Mr. Garcia is proceeding ***pro se***. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion to Reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the

judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). Although the Motion to Reconsider was not filed until December 11, 2006, the certificate of mailing indicates that Mr. Garcia placed the Motion in the prison mailing system on November 25, 2006. Pursuant to the prisoner mailbox rule, ***see Houston v. Lack***, 487 U.S. 266, 270 (1988), the Court will deem the Motion to Reconsider filed on November 25, 2006. Therefore, the Court finds that the Motion was filed within ten days after the Court's Order and Judgment of Dismissal. ***See*** Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). As a result, the Court will consider the Motion as filed pursuant to Rule 59(e). ***See Van Skiver***, 952 F.2d at 1243.

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. ***See Shields v. Shetler***, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Garcia does not allege the existence of any new law or evidence, and he fails to convince the Court of the need to correct clear error or prevent manifest injustice.

The Court dismissed the instant habeas corpus action because Mr. Garcia failed to comply with Magistrate Judge Boyd N. Boland's October 4, 2006, Order within the time allowed, and the Motion for Extension of Time he filed was untimely.

Although Mr. Garcia maintains, in the Motion to Reconsider, that the Motion for Extension of Time was timely, the Court finds that Applicant now has expressed other reasons why the action should be dismissed. Applicant states in the Motion to

Reconsider that he currently has postconviction proceedings pending in state court. He also concedes that he has not exhausted his state court remedies with respect to all of the claims that he raises.

The action was dismissed without prejudice. The Court finds no reason to vacate the November 15, 2006, Order and Judgment of Dismissal. Mr. Garcia may seek to file a new § 2254 action in this Court, as he requests in the Motion to Reconsider that he be able to do, once he has exhausted his state remedies. Accordingly, it is

ORDERED that the "Motion to Reconsider Order of Dismissal/Petition for Re-hearing and Motion to Correct the record and leave to refile upon Exhaustion of available state court remedies," filed on December 11, 2006, is construed as filed pursuant to Fed. R. Civ. P. 59(e) and is denied.

DATED at Denver, Colorado, this 19 day of Dec., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01394-BNB

William Garcia
Prisoner No. 63442
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/20/06

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk